**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

AMERICAN STATES INSURANCE COMPANY,
a foreign corporation,

**09-82370**

Plaintiffs,                          CASE NO:

vs.                          **CIV - DIMITROULEAS**

HAN INDUSTRIES, INC., a Florida corporation,
and CENTEX HOMES, a Nevada general
partnership,                          **MAGISTRATE JUDGE**
**SNOW**

Defendant.

FILED by ___ D.C.

DEC - 3 2009

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

## COMPLAINT FOR DECLARATORY RELIEF

The Plaintiff, American States Insurance Company ("American States"), sues the Defendants, Han Industries, Inc. ("Han") and Centex Homes ("Centex") for declaratory relief as follows:

1.     This is an action for declaratory relief pursuant to 28 U.S.C. 2201 for the purpose of determining an actual controversy between the parties.

2.     The Plaintiff, American States, is an Indiana corporation with its principal place of business in Seattle, Washington.

3.     The Defendant, Han, is a Florida corporation, with its principal place of business in Martin County, Florida.

4.     The Defendant, Centex, is a Nevada general partnership, authorized to conduct business in Florida.  The general partners of Centex are Centex Real Estate Corporation, Centex Real Estate Holding, L.P. and Nomas Corp.  Centex Real Estate Corporation is a Nevada corporation with its principal place of business in Texas.  Centex Real Estate Holding, L.P. is a

Delaware partnership, and its sole general partner is Centex Real Estate Corporation. Nomas Corporation is a Nevada corporation with its principal place of business in Dallas, Texas.

5.     Jurisdiction is proper because there is diversity of citizenship and the matter in controversy exceeds $75,000, exclusive of interest, attorney's fees and costs.

6.     Venue is proper in the United States District Court for the Southern District of Florida, West Palm Beach Division, because one or more of the Defendants reside here, the events or omissions giving rise to the claims as set forth below occurred here or American States issued the policies to Han in this district.

7.     All conditions precedent to filing this action have been performed, been waived or have occurred.

8.     American States entered into two contracts of insurance with Han. The first policy was in effect from September 19, 1999 to September 19, 2000. The second policy was in effect from September 19, 2000, until it was cancelled for non-payment of premium on July 21, 2000. Copies of both policies are attached as Exhibit A (the "Policies").

9.     American States also entered into two contracts of insurance with Halton A. Nicholson, an individual who is now deceased. The first policy was in effect from April 24, 2000 to April 24, 2001, and the second policy was in effect from April 24, 2001 until June 25, 2001, when it was cancelled for non-payment of premium. Copies of these policies are attached as Exhibit B (collectively, Exhibits A and B are the Policies).

10.     On or about October 1, 2004, Han sued Centex for damages to recover payment for work it performed prior to the termination of its contract with Centex. In response, Centex filed a counterclaim against Han.

2

11.     On or about July 3, 2008, Centex filed a second amended counterclaim against Han. A copy of Centex's second amended counterclaim is attached as Exhibit C.

12.     Upon information and belief, Centex is seeking in excess of one million dollars in damages against Han.

13.     Since receiving notice of Centex's second amended counterclaim against Han, American States has been defending Han, subject to a full and complete reservation of rights.

14.     Notwithstanding American States' reservation of rights, Han and/or Centex continue to maintain that coverage is available under the Policies.

## COUNT I – NO PROPERTY DAMAGE
## DURING THE POLICY PERIOD

15.     American States realleges paragraphs 1 through 13 as paragraph 14 of Count I.

16.     The American States Policies provide in pertinent part:

   a.     We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply.

                                   * * *

   b.     This insurance applies to "bodily injury" and "property damage" only if:

                                   * * *

        (2)  The "bodily injury" or "property damage" occurs during the policy period; . . .

                                   * * *

17.     The property damage, if any, allegedly caused by Han's defective work did not occur during the American States policy periods.

3

14459971v1 901781 2842

18.    In view of the foregoing, an actual controversy exists between the parties, and this Court, pursuant to 18 U.S.C. 2201 and 2202, has the power to declare the rights and obligations of American States, if any, under the Policies.

Wherefore, American States respectfully requests this Court to find and declare that:

a.    the American States Policies do not provide coverage to Han;

b.    American States is not obligated to defend Han;

c.    American States is not obligated to indemnify Han; and

d.    any other relief the Court deems just and proper under the evidence and circumstances.

## COUNT II - EXCLUSIONS

19.    American States realleges paragraphs 1 through 14 as paragraph 19 of Count II.

20.    The Policies contain the following relevant provisions:

2.    Exclusions.

This insurance does not apply to:

* * *

b.    Contractual Liability

"Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1)    that the insured would have in the absence of the contract or agreement; or

(2)    assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the the [sic] contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an

4

insured are deemed to be damages because of "bodily injury" or "property damage", provided:

   (a) liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

   (b) such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

* * *

j.   Damage to Property

   "Property damage" to:

* * *

   (5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

   (6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

* * *

   Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

   Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

* * *

l.   Damage to Your Work

   "Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

   This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

* * *

5

8.   "Insured contract" means:

* * *

f.   That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

* * *

14.   "Products-completed operations hazard":

a.   Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1)   Products that are still in your physical possession;; or

(2)   Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

(a)   When all of the work called for in your contract has been completed.

(b)   When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

(c)   When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

b.   Does not include "bodily injury" or "property damage" arising out of:

(1)   The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or

6

operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

(2) The existence of tools, uninstalled equipment or abandoned or unused materials; or

(3) Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

15. "Property damage" means:

a. Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b. Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

21. The claims made by Centex against Han fall within one or more of these exclusions.

22. In view of the foregoing, an actual controversy exists between the parties, and this Court, pursuant to 18 U.S.C. 2201 and 2202, has the power to declare the rights and obligations of American States, if any, under the Policies.

Wherefore, American States respectfully requests this Court to find and declare that:

a. the American States Policies do not provide coverage to Han;

b. American States is not obligated to defend Han;

c. American States is not obligated to indemnify Han; and

d. any other relief the Court deems just and proper under the evidence and circumstances.

## COUNT III – NO COVERAGE FOR DAMAGE THAT DOES NOT CONSTITUTE PROPERTY DAMAGE

23. American States realleges paragraphs 1 through 14 as paragraph 23 of Count III.

14459971v1 901781 2842

24.    The Policies define property damage as:

15.    "Property damage" means:

a.    Physical injury to tangible property, including all resulting loss of use of that property.  All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

b.    Loss of use of tangible property that is not physically injured.  All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

25.    To the extent Centex is seeking to recover from Han the cost to repair and replace Han's defective work, as opposed to damage caused by Han's defective work, such damages do not meet the definition of "property damage."

26.    In view of the foregoing, an actual controversy exists between the parties, and this Court, pursuant to 18 U.S.C. 2201 and 2202, has the power to declare the rights and obligations of American States, if any, under the Policies.

Wherefore, American States respectfully requests this Court to find and declare that:

a.    American States is not obligated to indemnify Han for any damages that do not meet the definition of property damage; and

b.    any other relief the Court deems just and proper under the evidence and circumstances.

## COUNT IV – NO COVERAGE FOR ATTORNEY'S FEES

27.    American States realleges paragraphs 1 through 14 as paragraph 27 of Count IV.

28.    As part of its damage claim, Centex seeks to recover from Han attorney's fees it has incurred in connection with repair and replacing the defective work and for pursuing its claims against Han and others.

29.    The American States Policies do not provide coverage for attorney's fees, as attorney's fees are not damages under the Policies.

8

30.     In view of the foregoing, an actual controversy exists between the parties, and this Court, pursuant to 18 U.S.C. 2201 and 2202, has the power to declare the rights and obligations of American States, if any, under the Policies.

Wherefore, American States respectfully requests this Court to find and declare that:

a.      American States is not obligated to indemnify Han for attorney's fees; and

b.      any other relief the Court deems just and proper under the evidence and circumstances.

## COUNT V – NO COVERAGE UNDER
## THE HALTON A. NICHOLSON POLICIES

31.     American States realleges paragraphs 1 through 14 as paragraph 31 of Count V.

32.     The Halton A. Nicholson Policies define who is an insured as follows:

## SECTION II – WHO IS AN INSURED

1.      If you are designated in the Declarations as:

    a.      An individual, you and your spouse are insureds, but only with respect to the conduct of the business of which you are the sole owner.

    . . .

2.      Each of the following is also an insured:

    d.      Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

    . . .

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

* * *

33.     Pursuant to the terms of the Halton A. Nicholson Policies, Han does not qualify as an insured.

14459971v1 901781 2842

34.     In view of the foregoing, an actual controversy exists between the parties, and this Court, pursuant to 18 U.S.C. 2201 and 2202, has the power to declare the rights and obligations of American States, if any, under the Policies.

Wherefore, American States respectfully requests this Court to find and declare that:

a.     the American States policies issued to Halton A. Nicholson do not provide coverage to Han;

b.     American States is not obligated to defend Han;

c.     American States is not obligated to indemnify Han; and

d.     any other relief the Court deems just and proper under the evidence and circumstances.

Dated: December 2, 2009.

Ronald L. Kammer
Florida Bar No. 360589
rkammer@hinshawlaw.com
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Boulevard
Suite 1600
Miami, Florida 33156-2741
Telephone: 305-358-7747
Facsimile: 305-577-1063

10

14459971v1 901781 2842

# AFFIDAVIT

State of Indiana

County of Marion

NAME OF INSURED:      HAN INDUSTRIES, INC.

POLICY NUMBER:      01-CE-103213-4

POLICY DATES:      09-19-99 TO 09-19-00

Deborah Campbell being duly sworn on oath says she is an archivist of

American States Insurance Company and that she has compared

the attached copies of the insurance policy number listed above and

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy

and endorsements attached thereto.

*Deborah Campbell*

Subscribed and sworn to before me

on October 17, 2005.

*Linda J. L Winebarger*
Notary Public

**LINDA J. WINEBARGER, NOTARY** PUBLIC
MARION COUNTY, STATE OF INDIANA
MY COMMISSION EXPIRES: 1/10/2009

**EXHIBIT**

A

SAFECO

POLICY NUMBER: 01-CE-103213-4

HAN INDUSTRIES, INC.
5611 WINSTON PARK BLVD N APT
203
COCONUT CREEK, FL 33073

MAILCOV1
ATLANTA          SA (DEBMO) CB INSURED COPY          PREPARED 06-14-00          (EILSH)

AFP-META2-14-PRINT001-1174-0001-D

INDIANAPOLIS, INDIANA

070-2350-460-01-1

0000000009

**INSURED**

HAN INDUSTRIES, INC.
5611 WINSTON PARK BLVD N APT
203
COCONUT CREEK, FL 33073

**AGENT**

**POLICY NUMBER** 01-CE-103213-40

USI FLORIDA
2 SO UNIVERSITY DR, #220
PLANTATION, FL 33324

09-42740          (954) 474-9700

## NOTICE OF NONRENEWAL

The policy will expire and all liability cease on   09-19-00   at the hour on which this policy became effective.  No further notice will be sent.

The company will terminate this policy on the date above for the following reason(s):

UNABLE TO AUDIT.





**S A F E C O**

**AMERICAN STATES INSURANCE COMPANY**
INDIANAPOLIS, INDIANA

---

NOTICE OF REINSTATEMENT

---

**POLICY NUMBER** 01-CE-103213-40
POLICY PERIOD    FROM 09-19-99 TO 09-19-00

NOTICE
TO

AGENT      USI FLORIDA
NAME       2 SO UNIVERSITY DR, #220
AND        PLANTATION, FL 33324
ADDRESS

          09-42740           (954) 474-9700

Iالساليالسالساليالسالساليالساليالساليالساليالساليال
HAN INDUSTRIES, INC.
5611 WINSTON PARK BLVD N APT
203
COCONUT CREEK, FL 33073

---

    YOUR POLICY WAS TERMINATED.
    IT HAS BEEN REINSTATED EFFECTIVE  03-06-00.
    ANY PREMIUM ADJUSTMENTS WILL BE MADE TO YOUR CUSTOMER
    ACCOUNT #070-2350-460-01.
    THIS POLICY IS SUBJECT TO A FINAL AUDIT.

---

EBS (01-89)

---

COMPANY USE ONLY

ATLANTA        SA  (DEBMO)  INSURED COPY        PREPARED 04-24-00        (EILSH)

AFP-META2-24-PRINT001-1475-0001-S

**Insurance**
A SAFECO Company

INDIANAPOLIS, INDIANA

070-2350-460-01-1

0000000024

<table>
<tr><td>I<br>N<br>S<br>U<br>R<br>E<br>D</td><td>HAN INDUSTRIES, INC.<br>5561 WINSTON PARK BLVD NORTH<br>APT 203<br>COCONUT CREEK, FL 33073</td><td>POLICY NUMBER  01-CE-103213-40<br><br>A<br>G  USI FLORIDA<br>E  2 SO UNIVERSITY DR, #220<br>N  PLANTATION, FL 33324<br>T</td></tr>
</table>

09-42740        (954) 474-9700

## NOTICE OF CANCELLATION

The policy will be cancelled and all liability cease on   04-20-00   at the hour on which this policy became effective.  No further notice will be sent.

The company will terminate this policy on the date above for the following reason(s):

DUE TO NONPAYMENT OF PREMIUM, YOUR INSURANCE HAS BEEN CANCELLED.

This Cancellation notice supersedes any prior notice you may have received regarding the termination of coverage under this policy.

RETURN PREMIUM SUBJECT TO AUDIT.



```
*****************************************
*              POLICY CHANGE            *
*         EFFECTIVE: 01-04-00           *       POLICY NUMBER:  01-CE-103213-4
*****************************************
```

```
NAMED     HAN INDUSTRIES, INC.              AGENT:  USI FLORIDA
INSURED   5561 WINSTON PARK BLVD NORTH              2 SO UNIVERSITY DR, #220
MAILING   APT 203                                   PLANTATION, FL 33324
ADDRESS:  COCONUT CREEK, FL 33073                   09-42740      (319)
                                                    (954) 474-9700
```

POLICY PERIOD:   FROM 09-19-99 TO 09-19-00


```
*********************************************************************************
*                                                                             *
*    THE CHANGE IN YOUR POLICY RESULTS IN NO CHANGE IN PREMIUM.                *
*                                                                             *
*    Changing physical and mailing address on policy.                         *
*                                                                             *
*********************************************************************************
```

THE FOLLOWING HAS BEEN CHANGED
------------------------------

PREMISES:     #  1 5611 WINSTON PARK BLVD N APT
                   203
                   COCONUT CREEK, FL  33073
                   PLASTERING/STUCCO CONSTRACTOR



AFP-META2-10-PRINT001-0117-0003-M

```
*********************************
*        POLICY CHANGE          *
*      EFFECTIVE: 09-19-99      *            POLICY NUMBER:  01-CE-103213-4
*********************************
```

```
NAMED     HAN INDUSTRIES, INC.           AGENT:   USI FLORIDA
INSURED   3307 N ISLAND RD                        2 SO UNIVERSITY DR, #220
MAILING   HOLLYWOOD, FL 33026                     PLANTATION, FL 33324
ADDRESS:                                          09-42740      (319)
                                                  (954) 474-9700
```

POLICY PERIOD:    FROM 09-19-99 TO 09-19-00

```
*********************************************************************************
*                                                                              *
*    THE CHANGE IN YOUR POLICY RESULTS IN NO CHANGE IN PREMIUM.                 *
*                                                                              *
*    ADDING ADDITIONAL INSD.                                                   *
*                                                                              *
*********************************************************************************
```

9-CM(01-86) ATLANTA          (DEBMO)   INSURED COPY          PREPARED 09-01-99

EFFECTIVE 09/01/99

NAMED INSURED:  HAN INDUSTRIES, INC.                POLICY NUMBER: 01-CE-103213-4

```
*******************
*GENERAL LIABILITY*
*******************
```

THE FOLLOWING FORMS HAVE BEEN ADDED OR CHANGED
-----------------------------------------------
CG2010(0397)





9-CM(01-86) ATLANTA            (DEBMO)              PREPARED 09-01-99

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States Insurance**
A SAFECO Company

## ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

CG 20 10 03 97

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

CENTEX HOMES, A NEVEDA PARTNERSHIP
CENTEX REAL ESTATE CORP. AND
CENTEX HOMES SE DIVISION
8198 JOG ROAD, SUITE 200
BOYNTON BEACH, FL 33437



(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996          Page 1 of 1

6-3695
(11-98)

# If You Have a Claim

SAFECO/American States has an unparalleled history of being there when our customers need us the most. Our new claims service, *Express Reporting*, ensures your claim will be handled quickly. We'll do everything we can to get you and your business back on track as quickly as possible.

Our *Express Reporting* claim number for all claims except Workers Compensation is:

## 1-888-557-5010

## Workers Compensation Policyholders --
## If you have an injured employee, please call
## the following number *immediately.*

## 1-888-274-0808

We'll take care of the First Report of Injury and do everything we can to get your employee back to work as quickly as possible.

*Please note: Some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

## American States
## Insurance
### A SAFECO Company

**American States**
**Insurance**
A SAFECO Company

6-3630
(3-98)

Dear Policyholder:

You may have noticed that the American States name on our correspondence looks a little different. American States is still the same fine company, but some things have changed. On October 1, 1997, SAFECO Corporation of Seattle, Washington acquired American States. The combination made us part of the 15th largest property-casualty insurance company in the U.S.

We are proud of our new status as a part of the SAFECO family of companies and we have changed our logotype (the trademark that identifies our company) to clearly reflect our new relationship. The people at American States and SAFECO are working intently to combine the best of both organizations to create a truly premiere insurance company. We thank you for your business, and look forward to new opportunities to better serve you.

Sincerely,

W. RANDALL STODDARD
President

**American States**
**Insurance**
A SAFECO Company

## Advisory Notice to Policyholders

Your commercial policies have been updated to provide the greatest possible protection at an affordable price. The most significant changes are highlighted below. Some language has also been clarified without a change in coverage. Not every form, coverage or endorsement discussed here may be applicable to your particular policy. For a complete understanding of the changes, please read your policy carefully. If you have any questions, your independent agent will be happy to assist you. *No coverage is provided by this summary, nor does it replace any provision of your policy. If your policy and this summary conflict, the policy prevails.*

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer!

## Your Commercial General Liability Coverage





# BUSINESS INSURANCE



HAN INDUSTRIES, INC.
3307 N ISLAND RD
HOLLYWOOD, FL 33026

AGENT:   USI FLORIDA
2 SO UNIVERSITY DR, #220
PLANTATION, FL 33324

(954) 474-9700

## American States Insurance

A SAFECO Company

500 North Meridian Street
Indianapolis, Indiana 46204-1275

Insurance
**A SAFECO Company**

INDIANAPOLIS, INDIANA
**COMMERCIAL INSURANCE POLICY**

NAMED
INSURED
AND
MAILING
ADDRESS

HAN INDUSTRIES, INC.
3307 N ISLAND RD
HOLLYWOOD, FL 33026

| RENEWAL DECLARATIONS |
|---|

**POLICY NUMBER**   01-CE-103213-4

RENEWAL OF   01-CE-103213-3   09-91

AGENT
NAME
AND
ADDRESS

USI FLORIDA
2 SO UNIVERSITY DR, #220
PLANTATION, FL 33324

POLICY PERIOD  FROM **09-19-99** TO **09-19-00**  12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

09-42740          (954) 474-9700

THE TOTAL ESTIMATED PREMIUM FOR THE POLICY TERM IS     $6,386.22.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #070-2350-460-01.
THIS POLICY IS SUBJECT TO A FINAL AUDIT.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU
TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

COMMERCIAL LIABILITY COVERAGE PART  . . . . . . . . . . . . . . . . $     6,386.22
                                                                 ─────────────
                                                                       6,386.22

AUTHORIZED

_____06-29-99_____   BY  _____MICHAEL C KARP_____
        (DATE)                      (AUTHORIZED REPRESENTATIVE)

SC(0887)

| COMPANY USE ONLY | | | | |
|---|---|---|---|---|
| ATLANTA | SA (DEBMO) | CB | INSURED COPY | PREPARED 06-29-99 (96549) |

COMMERCIAL LIABILITY COVERAGE PART DECLARATIONS                    PAGE CG    1

NAMED INSURED:  HAN INDUSTRIES, INC.                POLICY NUMBER:  01-CE-103213-4

FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE

```
------------------------------------------------------------------------
                    L I M I T S   O F   I N S U R A N C E
------------------------------------------------------------------------
COMMERCIAL GENERAL LIABILITY
    GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)   $2,000,000
    PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                        $2,000,000
    PERSONAL AND ADVERTISING INJURY LIMIT                                $1,000,000
    EACH OCCURRENCE LIMIT                                                $1,000,000
    DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISE)                   $  200,000
    MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                               $   10,000
------------------------------------------------------------------------
```

LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:

1. 9900 STIRLING RD.,
   COOPER CITY,FL 33024

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|------|------------------------------|----------|------|---------|
|  | COMMERCIAL GENERAL LIABILITY<br>OTHER THAN PRODUCTS-COMPLETED OPERATIONS | | | |
|  | ** LOCATION # 1 ** | | | |
| 98449 | PLASTERING OR STUCCO WORK<br>PAYROLL (PER $1000) | 251,762 | 14.2090 | $  3,577.00 |
| 91583 | CONTRACTORS - SUBCONTRACTED WORK - IN<br>CONNECTION WITH BUILDING CONSTRUCTION,<br>RECONSTRUCTION, REPAIR OR ERECTION -<br>ONE OR TWO FAMILY DWELLINGS.<br>TOTAL COST (PER $1000) | 273,930 | .4160 | 114.00 |
|  | COMMERCIAL GENERAL LIABILITY<br>PRODUCTS-COMPLETED OPERATIONS | | | |
|  | ** LOCATION # NA ** | | | |
| 98449 | PLASTERING OR STUCCO WORK<br>PAYROLL (PER $1000) | 251,762 | 7.9850 | 2,010.00 |
| 91583 | CONTRACTORS - SUBCONTRACTED WORK - IN<br>CONNECTION WITH BUILDING CONSTRUCTION,<br>RECONSTRUCTION, REPAIR OR ERECTION -<br>ONE OR TWO FAMILY DWELLINGS.<br>TOTAL COST (PER $1000) | 273,930 | 2.0450 | 560.00 |

PREMIUM ADJUSTMENTS:

FLORIDA POLICY FEE                                              $      125.22
                                                                  ------------
         COMMERCIAL LIABILITY TOTAL                             $    6,386.22

9-CC(CG)(1298)ATLANTA           (DEBMO)          PREPARED   06-29-99 CMD40 SEQ.0001

COMMERCIAL LIABILITY COVERAGE PART DECLARATIONS                PAGE CG    2-LAST


NAMED INSURED:  HAN INDUSTRIES, INC.              POLICY NUMBER:  01-CE-103213-4


THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

```
CG2033(0397)   -   ADDL INSD - AUTO.STATUS WHEN REQUIRED
IL0017(1198)   -   COMMON POLICY CONDITIONS
IL0021(1194)   -   NUCLEAR ENERGY LIABILITY ENDTS
CG0001(0196)   -   COMMERCIAL GENERAL LIABILITY COVERAGE
CG7635(0398)   -   LIABILITY PLUS ENDORSEMENT
CG0220(0398)   -   FLORIDA CHANGES-CANC AND NONREN
IL7201(0392)   -   COMPANY COMMON POL CONDITIONS
CG8613(0598)   -   ASBESTOS EXCLUSION
CG2147(1093)   -   EMPLOYMENT RELATED PRACTICES
6-3383(0396)   -   OTHER INSURANCE EXCESS CLAUSE
```



9-CC(CG)(1298)ATLANTA        (DEBMO)        PREPARED   06-29-99 CMD40 SEQ.0001

THIS IS A NOTICE ONLY. THE FULL EXACT CONTRACT IS CONTAINED ONLY IN THE POLICY.

**American States**
**Insurance**
A SAFECO Company

**POLICYHOLDER NOTICE**

6-1690
(1-94)

RE:  Adequately Insured Subcontractors

If you are a contractor and rely on subcontractors to perform all or part of your work, please read this important notice carefully. It could significantly reduce the cost of your liability insurance.

When your liability premium is based on payroll, subcontracted work will also generate a charge. If your subcontractors carry "adequate" insurance, the rate per $1,000 cost of such work is lower than the rate for inadequately insured subcontractors. If your subcontractors are inadequately insured, or uninsured, we must classify and rate their work as if performed by your own employees. The resultant premiums may be substantially higher.

We will consider any subcontractor you hire to be "adequately insured" if that subcontractor carries a limit of liability which is equal to yours or $100,000, whichever is lower.

At the time of premium audit, a company representative will request evidence from you that subcontractors performing work on your behalf are adequately insured. This "evidence" is usually in the form of certificates of insurance.

You should require that your subcontractors provide you with a certificate of insurance as evidence of liability insurance. They may obtain these from their insurance agent.

You should monitor these certificates of insurance carefully.

1.  Certificates of insurance should be in file for all subcontractors working for you.
2.  Verify that each subcontractor's insurance is "adequate."
3.  Certificates of insurance should be renewed before they expire.
4.  Certificates should be retained for at least two years.

If you have any questions about your policy or this notice, contact your agent.



**American States
Insurance**
A SAFECO Company

# COMMERCIAL GENERAL LIABILITY
## COVERAGE FORM

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us" and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under WHO IS AN INSURED (SECTION II).

Other words and phrases that appear in quotation marks have special meaning. Refer to DEFINITIONS (SECTION V).

# SECTION I - COVERAGES

### COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1.    Insuring Agreement.**

    **a.**    We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

        **(1)**    The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

        **(2)**    Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

    No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

    **b.**    This insurance applies to "bodily injury" and "property damage" only if:

        **(1)**    The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory"; and

        **(2)**    The "bodily injury" or "property damage" occurs during the policy period.

    **c.**    Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

**2.    Exclusions.**

This insurance does not apply to:

    **a.    Expected or Intended Injury**

    "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

    **b.    Contractual Liability**

    "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

        **(1)**    that the insured would have in the absence of the contract or agreement; or

        **(2)**    assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

            **(a)**    liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

            **(b)**    such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

    **c.    Liquor Liability**

    "Bodily injury" or "property damage" for which any insured may be held liable by reason of:

        **(1)**    Causing or contributing to the intoxication of any person;

        **(2)**    The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or



Copyright, Insurance Services Office, Inc., 1994

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d.  Workers Compensation and Similar Laws**

Any obligation of the insured under a workers compensation, disability benefits or unemployment compensation law or any similar law.

**e.  Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

    (a) Employment by the insured; or

    (b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of paragraph (1) above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f.  Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants:

    (a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured;

    (b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

    (c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for any insured or any person or organization for whom you may be legally responsible; or

    (d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations:

        (i) if the pollutants are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor; or

        (ii) if the operations are to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants.

Subparagraph **(d)(i)** does not apply to "bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the fuels, lubricants or other operating fluids are intentionally discharged, dispersed or released, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent to be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor.

Subparagraphs (a) and (d)(i) do not apply to "bodily injury" or "property damage" arising out of heat, smoke or fumes from a hostile fire.

As used in this exclusion, a hostile fire means one which becomes uncontrollable or breaks out from where it was intended to be.

(2) Any loss, cost, or expense arising out of any:

    (a) Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effect of pollutants; or

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**g.  Aircraft, Auto or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:
   (a) Less than 26 feet long; and
   (b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

(4) Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

(5) "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment".

**h.  Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

(1) The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

(2) The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i.  War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition

incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j.  Damage to Property**

"Property damage" to:

(1) Property you own, rent, or occupy;

(2) Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

(3) Property loaned to you;

(4) Personal property in the care, custody or control of the insured;

(5) That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

(6) That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraph (2) of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs (3), (4), (5) and (6) of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph (6) of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k.  Damage to Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l.  Damage to Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m.  Damage to Impaired Property or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

(1) A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n.** **Recall of Products, Work or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in LIMITS OF INSURANCE (Section III).

## COVERAGE B. PERSONAL AND ADVERTISING INJURY LIABILITY

**1.** **Insuring Agreement**.

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal injury" or "advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal injury" or "advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" or offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in LIMITS OF INSURANCE (SECTION III); and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SUPPLEMENTARY PAYMENTS - COVERAGES A AND B.

**b.** This insurance applies to:

**(1)** "Personal injury" caused by an offense arising out of your business, excluding advertising, publishing, broadcasting or telecasting done by or for you;

**(2)** "Advertising injury" caused by an offense committed in the course of advertising your goods, products or services;

but only if the offense was committed in the "coverage territory" during the policy period.

**2.** **Exclusions.**

This insurance does not apply to:

**a.** "Personal injury" or "advertising injury"

**(1)** Arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity;

**(2)** Arising out of oral or written publication of material whose first publication took place before the beginning of the policy period;

**(3)** Arising out of the willful violation of a penal statute or ordinance committed by or with the consent of the insured;

**(4)** For which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement; or

**(5)** Arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

**b.** "Advertising injury" arising out of:

**(1)** Breach of contract, other than misappropriation of advertising ideas under an implied contract;

**(2)** The failure of goods, products or services to conform with advertised quality or performance;

**(3)** The wrong description of the price of goods, products or services; or

**(4)** An offense committed by an insured whose business is advertising, broadcasting, publishing or telecasting.

**c.** Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove,

Copyright, Insurance Services Office, Inc., 1994

AFP-META2-29-PRINT001-0423-0022-G

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

contain, treat, detoxify or neutralize, or in any way respond to, or asses the effects of pollutants; or

(2) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

## COVERAGE C. MEDICAL PAYMENTS

1. **Insuring Agreement**.

   a. We will pay medical expenses as described below for "bodily injury" caused by an accident:

      (1) On premises you own or rent;
      (2) On ways next to premises you own or rent; or
      (3) Because of your operations;

      provided that:

      (1) The accident takes place in the "coverage territory" and during the policy period;
      (2) The expenses are incurred and reported to us within one year of the date of the accident; and
      (3) The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

   b. We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance.  We will pay reasonable expenses for:

      (1) First aid administered at the time of an accident;
      (2) Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and
      (3) Necessary ambulance, hospital, professional nursing and funeral services.

2. **Exclusions**.

   We will not pay expenses for "bodily injury":

   a. To any insured.
   b. To a person hired to do work for or on behalf of any insured or a tenant of any insured.

   c. To a person injured on that part of premises you own or rent that the person normally occupies.
   d. To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers compensation or disability benefits law or a similar law.
   e. To a person injured while taking part in athletics.
   f. Included within the "products-completed operations hazard".
   g. Excluded under Coverage A.
   h. Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B

We will pay, with respect to any claim we investigate or settle, or any "suit" against an insured we defend:

1. All expenses we incur.
2. Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.
3. The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.
4. All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.
5. All costs taxed against the insured in the "suit".
6. Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.
7. All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

These payments will not reduce the limits of insurance.

If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   a. The "suit" against the indemnitee seeks damages for which the insured has assumed the liability

of the indemnitee in a contract or agreement that is an "insured contract";

**b.** This insurance applies to such liability assumed by the insured;

**c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

**d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

**e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

**f.** The indemnitee:

  **(1)** agrees in writing to:

    **(a)** cooperate with us in the investigation, settlement or defense of the "suit";

    **(b)** immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

    **(c)** notify any other insurer whose coverage is available to the indemnitee; and

    **(d)** cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

  **(2)** provides us with written authorization to:

    **(a)** obtain records and other information related to the "suit"; and

    **(b)** conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of paragraph 2.b.(2) of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages), such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in paragraph **f.** above, are no longer met.

# SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

  **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of the business of which you are the sole owner.

  **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

  **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

  **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

**2.** Each of the following is also an insured:

  **a.** Your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" is an insured for:

    **(1)** "Bodily injury" or "personal injury":

      **(a)** To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), or to a co-"employee" while that co-"employee" is either in the course of his or her employment or performing duties related to the conduct of your business;

      **(b)** To the spouse, child, parent, brother or sister of that co-"employee" as a

Copyright, Insurance Services Office, Inc., 1994

AFP-META2-29-PRINT001-0423-0024-G

consequence of paragraph (1)(a) above;

**(c)** For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in paragraphs (1) (a) or (b) above; or

**(d)** Arising out of his or her providing or failing to provide professional health care services.

**(2)** "Property damage" to property:

**(a)** Owned, occupied or used by,

**(b)** Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by,

you, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

**b.** Any person (other than your "employee"), or any organization while acting as your real estate manager.

**c.** Any person or organization having proper temporary custody of your property if you die, but only:

**(1)** With respect to liability arising out of the maintenance or use of that property; and

**(2)** Until your legal representative has been appointed.

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal injury" or "advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage C;

**b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to 2. above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal injury" and all "advertising injury" sustained by any one person or organization.

5. Subject to 2. or 3. above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

   **a.** Damages under Coverage A; and

   **b.** Medical expenses under Coverage C

   because of all "bodily injury" and "property damage" arising out of any one "occurrence".

6. Subject to 5. above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you or temporarily occupied by you with permission of the owner, arising out of any one fire.

7. Subject to 5. above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

# SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

1. **Bankruptcy.**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2. **Duties In The Event of Occurrence, Offense, Claim Or Suit.**

   **a.** You must see to it that we are notified as soon as practicable of an "occurrence" or an offense which may result in a claim. To the extent possible, notice should include:

   **(1)** How, when and where the "occurrence" or offense took place;

   **(2)** The names and addresses of any injured persons and witnesses; and

   **(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

   **b.** If a claim is made or "suit" is brought against any insured, you must:

   **(1)** Immediately record the specifics of the claim or "suit" and the date received; and

   **(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim or "suit" as soon as practicable.

   **c.** You and any other involved insured must:

   **(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or "suit";

   **(2)** Authorize us to obtain records and other information;

   **(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

   **(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

   **d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

3. **Legal Action Against Us.**

   No person or organization has a right under this Coverage Part:

   **a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

   **b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

4. **Other Insurance.**

   If other valid and collectible insurance is available to the insured for a loss we cover under Coverages A or B of this Coverage Part, our obligations are limited as follows:

   **a.** Primary Insurance

      This insurance is primary except when b. below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in c. below.

   **b.** Excess Insurance

CG 00 01 01 96

This insurance is excess over any of the other insurance, whether primary, excess, contingent or on any other basis:

**(1)** That is Fire, Extended Coverage, Builder's Risk, Installation Risk or similar coverage for "your work";

**(2)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**(3)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion g. of Coverage A (Section 1).

When this insurance is excess, we will have no duty under Coverages A or B to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c.** Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit.**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period. Audit premiums are due and payable on notice to the first Named Insured. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations.**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds.**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us.**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew.**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

# SECTION V - DEFINITIONS

**1.** "Advertising injury" means injury arising out of one or more of the following offenses:

a. Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

b. Oral or written publication of material that violates a person's right of privacy;

c. Misappropriation of advertising ideas or style of doing business; or

d. Infringement of copyright, title or slogan.

2. "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

3. "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4. "Coverage territory" means:

a. The United States of America (including its territories and possessions), Puerto Rico and Canada;

b. International waters or airspace, provided the injury or damage does not occur in the course of travel or transportation to or from any place not included in a. above; or

c. All parts of the world if:

(1) The injury or damage arises out of:

(a) Goods or products made or sold by you in the territory described in a. above; or

(b) The activities of a person whose home is in the territory described in a. above, but is away for a short time on your business; and

(2) The insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in a. above or in a settlement we agree to.

5. "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

6. "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

7. "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

a. It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

b. You have failed to fulfill the terms of a contract or agreement;

if such property can be restored to use by:

a. The repair, replacement, adjustment or removal of "your product" or "your work"; or

b. Your fulfilling the terms of the contract or agreement.

8. "Insured contract" means:

a. A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

b. A sidetrack agreement;

c. Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

d. An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

e. An elevator maintenance agreement;

f. That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph f. does not include that part of any contract or agreement:

(1) That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

(2) That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

(a) Preparing, approving or failing to prepare or approve maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

(b) Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

(3) Under which the insured, if an architect, engineer or surveyor, assumes liability for

AFP-META2-29-PRINT001-0423-0028-G

an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in (2) above and supervisory, inspection, architectural or engineering activities.

**9.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**10.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**11.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

(1) Power cranes, shovels, loaders, diggers or drills; or

(2) Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in a., b., c. or d. above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

(1) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

(2) Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in a., b., c. or d. above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

(1) Equipment designed primarily for:

(a) Snow removal;

(b) Road maintenance, but not construction or resurfacing; or

(c) Street cleaning.

(2) Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

(3) Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**12.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

**13.** "Personal injury" means injury, other than "bodily injury", arising out of one or more of the following offenses:

**a.** False arrest, detention or imprisonment;

**b.** Malicious prosecution;

**c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies by or on behalf of its owner, landlord or lessor;

**d.** Oral or written publication of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services; or

**e.** Oral or written publication of material that violates a person's right of privacy.

**14.** "Products-completed operations hazard":

**a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

(1) Products that are still in your physical possession; or

(2) Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

CG 00 01 01 96

COMMERCIAL GENERAL LIABILITY
COVERAGE FORM

    **(a)** When all of the work called for in your contract has been completed.

    **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

    **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

    Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

**b.** Does not include "bodily injury" or "property damage" arising out of:

    **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

    **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

    **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**15.** "Property damage" means:

**a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

**b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

**16.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage", "personal injury" or "advertising injury" to which this insurance applies are alleged. "Suit" includes:

**a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

**b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**17.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**18.** "Your product" means:

**a.** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

    **(1)** You;

    **(2)** Others trading under your name; or

    **(3)** A person or organization whose business or assets you have acquired; and

**b.** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

"Your product" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

**b.** The providing of or failure to provide warnings or instructions.

"Your product" does not include vending machines or other property rented to or located for the use of others but not sold.

**19.** "Your work" means:

**a.** Work or operations performed by you or on your behalf; and

**b.** Materials, parts or equipment furnished in connection with such work or operations.

"Your work" includes:

**a.** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work"; and

**b.** The providing of or failure to provide warnings or instructions.

Copyright, Insurance Services Office, Inc., 1994

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States**
**Insurance**
A SAFECO Company

# FLORIDA CHANGES - CANCELLATION AND NONRENEWAL

CG 02 20 03 98

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

**A.** Paragraph **2.** of the **Cancellation** Common Policy Condition is replaced by the following:

**2. Cancellation Of Policies In Effect:**

**a. For 90 Days Or Less**

If this policy has been in effect for 90 days or less, we may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(1)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(2)** 20 days before the effective date of cancellation if we cancel for any other reason, except we may cancel immediately if there has been:

**(a)** A material misstatement or misrepresentation; or

**(b)** A failure to comply with the underwriting requirements established by the insurer.

**b. For More Than 90 Days**

If this policy has been in effect for more than 90 days, we may cancel this policy only for one or more of the following reasons:

**(1)** Nonpayment of premium;

**(2)** The policy was obtained by a material misstatement;

**(3)** Failure to comply with underwriting requirements within 90 days of the effective date of coverage;

**(4)** A substantial change in the risk covered by the policy; or

**(5)** The cancellation is for all insureds under such policies for a given class of insureds.

If we cancel this policy for any of these reasons, we will mail or deliver to the first Named Insured written notice of cancellation, accompanied by the reasons for cancellation, at least:

**(a)** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

**(b)** 45 days before the effective date of cancellation if we cancel for any of the other reasons stated in paragraph **2.b.**



**B.** The following is added and supersedes any other provision to the contrary:

**NONRENEWAL**

**1.** If we decide not to renew this policy we will mail or deliver to the first Named Insured written notice of nonrenewal, accompanied by the reason for nonrenewal, at least 45 days prior to the expiration of this policy.

**2.** Any notice of nonrenewal will be mailed or delivered to the first Named Insured's last mailing address known to us. If notice is mailed, proof of mailing will be sufficient proof of notice.

Copyright, Insurance Services Office, Inc., 1997

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States
Insurance**
A SAFECO Company

# ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - AUTOMATIC STATUS WHEN REQUIRED IN CONSTRUCTION AGREEMENT WITH YOU

CG 20 33 03 97

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** Who Is An Insured (Section II) is amended to include as an insured any person or organization for whom you are performing operations when you and such person or organization have agreed in writing in a contract or agreement that such person or organization be added as an additional insured on your policy. Such person or organization is an additional insured only with respect to liability arising out of your ongoing operations performed for that insured. A person's or organization's status as an insured under this endorsement ends when your operations for that insured are completed.

**B.** With respect to the insurance afforded these additional insureds, the following additional exclusion applies:

This insurance does not apply to:

"Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of the rendering of, or the failure to render, any professional architectural, engineering or surveying services, including:

**1.** The preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; and

**2.** Supervisory, inspection, architectural or engineering activities.

986X

Copyright, Insurance Services Office, Inc., 1996                    Page 1 of 1

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States Insurance**
A SAFECO Company

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

CG 21 47 10 93

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

1. "Bodily injury" to:

   a. A person arising out of any:
      (1) Refusal to employ that person;
      (2) Termination of that person's employment; or
      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   b. The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

   This exclusion applies:

   a. Whether the insured may be liable as an employer or in any other capacity; and
   b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph 2., Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

1. "Personal injury" to:

   a. A person arising out of any:
      (1) Refusal to employ that person;
      (2) Termination of that person's employment; or
      (3) Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

   

   b. The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs (1), (2) or (3) above is directed.

   This exclusion applies:

   a. Whether the insured may be liable as an employer or in any other capacity; and
   b. To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1992

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States**
**Insurance**
A SAFECO Company

# LIABILITY PLUS ENDORSEMENT

CG 76 35 03 98

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

## ADDITIONAL INSURED - BY WRITTEN CONTRACT, AGREEMENT OR PERMIT

The following paragraph is added to WHO IS AN INSURED (Section II):

5. Any person or organization for whom you are required by written contract, agreement or permit to provide insurance is an insured, subject to the following additional provisions:

   a. The contract, agreement or permit must be in effect during the policy period shown in the Declarations, and must have been executed prior to the "bodily injury," "property damage," "personal injury," or "advertising injury."

   b. The person or organization added as an insured by this endorsement is an insured only with respect to liability arising out of:

      (1) The ownership, maintenance or use of that part of premises you own, rent, lease or occupy, subject to the following additional provisions:

         (a) This insurance does not apply to any "occurrence" which takes place after you cease to be a tenant in any premises leased to or rented to you;

         (b) This insurance does not apply to any structural alterations, new construction or demolition operations performed by or on behalf of the person or organization added as an insured;

      (2) Your ongoing operations for that insured, whether the work is performed by you or for you;

      (3) The maintenance, operation or use by you of equipment leased to you by such person or organization, subject to the following additional provisions:

         (a) This insurance does not apply to any "occurrence" which takes place after the equipment lease expires;

         (b) This insurance does not apply to "bodily injury" or "property damage" arising out of the sole negligence of such person or organization;

      (4) Permits issued by any state or political subdivision with respect to operations performed by you or on your behalf, subject to the following additional provisions:

         (a) This insurance does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of operations performed for the state or municipality;

         (b) This insurance does not apply to "bodily injury" or "property damage" included within the "products-completed operations hazard."

   c. The insurance with respect to any architect, engineer, or surveyor added as an insured by this endorsement does not apply to "bodily injury," "property damage," "personal injury," or "advertising injury" arising out of the rendering of or the failure to render any professional services by or for you, including:

      (1) The preparing, approving, or failing to prepare or approve maps, drawings, opinions, reports, surveys, change orders, designs or specifications; and

      (2) Supervisory, inspection or engineering services.

   d. With regard to any coverage provided to the insured added by this paragraph, Condition 4. Other Insurance (Section IV) applies. However, if the contract or agreement which requires the person or organization be added as an insured specifically requires that this insurance apply without regard to other valid and collectible primary insurance available to that insured, Paragraph **4.a.** of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV) is amended to read:

      a. Primary Insurance

         This insurance is primary except when **b.** below applies.

   However, no coverage will be provided if, in the absence of this endorsement, no liability would be imposed by law on you.

907X

AFP-MFTA2-29-PRINT001-0423-0034-G

COMMERCIAL GENERAL LIABILITY

## NON-OWNED WATERCRAFT AND NON-OWNED AIRCRAFT LIABILITY

Exclusion g. of COVERAGE A (Section I) is replaced by the following:

**g.**   "Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading."

This exclusion does not apply to:

**(1)**   A watercraft while ashore on premises you own or rent;

**(2)**   A watercraft you do not own that is:

    **(a)**   Less than 52 feet long; and

    **(b)**   Not being used to carry persons or property for a charge;

**(3)**   Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

**(4)**   Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)**   "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in paragraph f.(2) or f.(3) of the definition of "mobile equipment."

**(6)**   An aircraft you do not own provided it is not operated by any insured.

## TENANTS' PROPERTY DAMAGE LIABILITY

When a Fire Damage Limit is shown in the Declarations the following changes are made:

**1.**   The last paragraph of COVERAGE A (Section I) is replaced by the following:

Exclusions **c.** through **e.** and exclusions **g.** through **n.** do not apply to your liability for "property damage" to premises while rented to you or temporarily occupied by you with permission of the owner. The following additional exclusions apply only to such "property damage:"

This insurance does not apply to liability arising out of:

**o.**   Mechanical breakdown, or by rupture of or bursting caused by centrifugal force.

**p.**   Explosion of steam boilers, steam pipes, steam turbines or steam engines.

**q.**   Activities of any insured which are not connected with the business of any insured.

A separate limit of insurance applies to this coverage, and is described as the Fire Damage Limit in LIMITS OF INSURANCE (Section III).

**2.**   Paragraph **6.** of LIMITS OF INSURANCE (Section III) is replaced by the following:

**6.**   Subject to **5.** above, the Fire Damage Limit is the most we will pay under Coverage A for damages because of "property damage" to premises, while rented to you, or temporarily occupied by you with permission of the owner, arising out of any one "occurrence."

The Fire Damage Limit is the higher of $200,000 or the amount shown in the Declarations as Fire Damage Limit.

**3.**   Paragraph **4.b.(2)** of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV) is replaced by the following:

**(2)**   That is Fire, Explosion or "property damage" insurance for premises rented to you or temporarily occupied by you with permission of the owner; or

**4.**   Paragraph **8.a.** of DEFINITIONS (Section V) is replaced by the following:

**a.**   A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damages to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract;"

## WHO IS AN INSURED - MANAGERS

The following is added to Paragraph **2.a.** of WHO IS AN INSURED (Section II):

Paragraph (1) does not apply to executive officers, or to managers at the supervisory level or above.

## SUPPLEMENTARY PAYMENTS - COVERAGES A AND B - BAIL BONDS

**a.**   Paragraph **2.** of SUPPLEMENTARY PAYMENTS - COVERAGES A AND B is replaced by the following:

**2.**   Up to $2,000 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

## EMPLOYEES AS INSUREDS - HEALTH CARE SERVICES

Provision 2.a.(1) d. of WHO IS AN INSURED (Section II) is deleted, unless excluded by separate endorsement.

CG 76 35 03 98

COMMERCIAL GENERAL LIABILITY

**EXTENDED COVERAGE FOR NEWLY ACQUIRED ORGANIZATIONS**

Provision 4.a. of WHO IS AN INSURED (Section II) is replaced by the following:

   **a.** Coverage under this provision is afforded only until the end of the policy period.

**EXTENDED "PROPERTY DAMAGE"**

Exclusion **a.** of COVERAGE A. (Section I) is amended to read:

**a.** "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" or "property damage" resulting from the use of reasonable force to protect persons or property.

**ADDITIONAL INSURED - VOLUNTEERS**

1. WHO IS AN INSURED (Section II) is amended to include as insureds any persons who are volunteer workers for you, but only while acting at the direction of, and within the scope of their duties for you. However, no volunteers are insureds for:
   **a.** "Bodily injury" to:
      **(1)** Co-volunteers or your employees arising out of and in the course of their duties for you, or
      **(2)** You, any of your "employees," any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).
   **b.** "Property damage" to property owned, occupied or used by, rented to, in the care, custody, or control of, or over which physical control is being exercised for any purpose by:
      **(1)** A co-volunteer or your employee; or
      **(2)** You, any of your "employees", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

2. Exclusion 2.a. of COVERAGE C (Section I) is replaced by the following:
   **a.** To any insured, except volunteer workers who are not paid a fee, salary or other compensation;

**INCREASED MEDICAL EXPENSE LIMIT**

The medical expense limit is amended to $10,000.

**KNOWLEDGE OF OCCURRENCE**

The following is added to Paragraph **2.** Duties In The Event Of Occurrence, Offense, Claim Or Suit of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

Knowledge of an "occurrence," claim or "suit" by your agent, servant or employee shall not in itself constitute knowledge of the named insured unless an officer of the named insured has received such notice from the agent, servant or employee.

**UNINTENTIONAL FAILURE TO DISCLOSE ALL HAZARDS**

The following is added to Paragraph **6.** Representations of COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

If you unintentionally fail to disclose any hazards existing at the inception date of your policy, we will not deny coverage under this Coverage Form because of such failure. However, this provision does not affect our right to collect additional premium or exercise our right of cancellation or non-renewal.

**LIBERALIZATION CLAUSE**

The following paragraph is added to COMMERCIAL GENERAL LIABILITY CONDITIONS (Section IV):

**10.** If a revision to this Coverage Part, which would provide more coverage with no additional premium, becomes effective during the policy period in the state shown in the Declarations, your policy will automatically provide this additional coverage on the effective date of the revision.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**American States
Insurance**
A SAFECO Company

## EXCLUSION - ASBESTOS

CG 86 13 05 98

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury," "property damage," "personal injury" or "advertising injury" arising out of or resulting from the manufacturing, handling, selling, distribution, disposal, existence, use of or exposure to asbestos, asbestos dust, asbestos fibers or asbestos products.

We will not have the duty to defend any such claim or "suit."



**American States**
**Insurance**
A SAFECO Company

## COMMON POLICY CONDITIONS

IL 00 17 11 98

All coverage Parts included in this policy are subject to the following conditions.

**A. Cancellation**

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   a. 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   b. 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

**B. Changes**

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

**C. Examination Of Your Books And Records**

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

**D. Inspections And Surveys**

1. We have the right to:

   a. Make inspections and surveys at any time;

   b. Give you reports on the conditions we find; and

c. Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   a. Are safe or healthful; or

   b. Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate servide or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

**E. Premiums**

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

**F. Transfer Of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**American States**
**Insurance**
A SAFECO Company

# NUCLEAR ENERGY LIABILITY
## EXCLUSION ENDORSEMENT
### (Broad Form)

IL 00 21 11 94

This endorsement modifies insurance provided under the following:

BUSINESSOWNERS POLICY
COMMERCIAL AUTO COVERAGE PART
COMMERCIAL GENERAL LIABILITY COVERAGE PART
FARM COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
POLLUTION LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE LIABILITY COVERAGE PART
RAILROAD PROTECTIVE LIABILITY COVERAGE PART
SPECIAL PROTECTIVE AND HIGHWAY LIABILITY POLICY NEW YORK DEPARTMENT OF TRANSPORTATION
UNDERGROUND STORAGE TANK POLICY

1. The insurance does not apply:

    A. Under any Liability Coverage, to "bodily injury" or "property damage:"

        (1) With respect to which an "insured" under the policy is also an insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters, Nuclear Insurance Association of Canada or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability; or

        (2) Resulting from the "hazardous properties" of "nuclear material" and with respect to which (a) any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof, or (b) the "insured" is, or had this policy not been issued would be entitled to indemnity from the United States of America, or any agency thereof, under any agreement entered into by the United States of America, or any agency thereof, with any person or organization.

    B. Under any Medical Payments coverage, to expenses incurred with respect to "bodily injury" resulting from the "hazardous properties" of "nuclear material" and arising out of the operation of a "nuclear facility" by any person or organization.

    C. Under any Liability Coverage, to "bodily injury" or "property damage" resulting from "hazardous properties" of "nuclear material," if:

        (1) The "nuclear material" (a) is at any "nuclear facility" owned by, or operated by or on behalf of, an "insured" or (b) has been discharged or dispersed therefrom;

        (2) The "nuclear material" is contained in "spent fuel" or "waste" at any time possessed, handled, used, processed, stored, transported or disposed of, by or on behalf of an "insured;" or

        (3) The "bodily injury" or "property damage" arises out of the furnishing by an "insured" of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation or use of any "nuclear facility," but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion (3) applies only to "property damage" to such "nuclear facility" and any property threat.

2. As used in this endorsement:

    "Hazardous properties" includes radioactive, toxic or explosive properties.

    "Nuclear material" means "source material," "Special nuclear material" or "by-product material."

    "Source material," "special nuclear material," and "by-product material" have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof.

    "Spent fuel" means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a "nuclear reactor."

Copyright, Insurance Services Office, Inc., 1994

AFP-META2-29-PRINT001-0423-0040-G

IL 00 21 11 94

"Waste" means any waste material (s) containing "by-product material" other than the tailings or wastes produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its "source material" content, and (b) resulting from the operation by any person or organization of any "nuclear facility" included under the first two paragraphs of the definition of "nuclear facility."

"Nuclear facility" means:

**(a)** Any "nuclear reactor;"

**(b)** Any equipment or device designed or used for (1) separating the isotopes of uranium or plutonium, (2) processing or utilizing "spent fuel," or (3) handling, processing or packaging "waste;"

**(c)** Any equipment or device used for the processing, fabricating or alloying of "special nuclear material" if at any time the total amount of such material in the custody of the "insured" at the

premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235;

**(d)** Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of "waste;"

and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

"Nuclear reactor" means any apparatus designed or used to sustain nuclear fission in an self-supporting chain reaction or to contain a critical mass of fissionable material.

"Property damage" includes all forms of radioactive contamination of property.



Copyright, Insurance Services Office, Inc., 1994



**American States
Insurance**
A SAFECO Company

**COMPANY COMMON POLICY CONDITIONS**

IL 72 01 03 92

This policy consists of:

**Common Policy Declarations** which include your name and mailing address, the policy period, premium information and coverage part(s) included.

**Common Policy Conditions.**

Coverage parts consist of one or more of the following:

Commercial Property
Commercial Liability
Commercial Inland Marine
Commercial Crime/Bonds
Commercial Automobile
Businessowners
Boiler and Machinery
Workers' Compensation.

Each of the coverage parts consist of:

One or more coverage forms
One or more coverage part conditions
Applicable endorsements.

If you have any questions, please contact your agent listed on the Common Policy Declarations.

In Witness Whereof, the company has caused this policy to be executed and attested, but this policy shall not be valid unless countersigned by a duly authorized representative of the company.

*Rodney A. Pierson*

Secretary

*Mike McGavick*

President

**AMERICAN STATES INSURANCE COMPANIES**
500 North Meridian Street
Indianapolis, Indiana 46204-1275

AFP-META2-29-PRINT001-0423-0042-G

# SPECIAL NOTICE TO POLICYHOLDERS
# FLORIDA COMMERCIAL PROPERTY AND
# CASUALTY RISK MANAGEMENT PROGRAM

6-1886
(1-89)

The Florida Risk Management Program (Rule 4-75.001) is available upon request to any commercial property or casualty insurance policyholder. A Risk Management Program is a series of steps or actions aimed to eliminate or reduce losses at your business.

The Risk Management Program offered by American States Insurance Companies includes:

1.  A listing of Risk Management Program Guidelines for getting your management actively involved in loss control.

2.  A Self-Inspection Questionnaire designed to help you identify and control current hazards that can increase the chance of loss in your operation.

Additional Risk Management services are available upon request. There may be an additional charge for some services.

You can enroll in the Florida Risk Management Program by returning the form at the bottom of this page to American States Insurance Companies.

If you have any questions on the Florida Risk Management Program, please contact your independent agent listed on the declarations page of your policy.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## FLORIDA COMMERCIAL PROPERTY AND CASUALTY RISK MANAGEMENT PROGRAM

Yes, I would like to enroll in the Florida Risk Management Program.

Name: _____   Title: _____

Phone Number:  (_____) _____

Mailing Address: _____

City _____   State _____   Zip _____

Policy Number: _____

Send this portion to:

American States Insurance Companies
Eastern Region
P. O. Box 7198
Indianapolis, Indiana 46207-7198

Attention Loss Control - Risk Management Department

**American States
Insurance**
A SAFECO Company

**American States**
**Insurance**
A SAFECO Company

**OTHER INSURANCE EXCESS CLAUSE**
**ENDORSEMENT NOTICE TO POLICYHOLDERS**

6-3383
(3-96)

CG 76 81 Other Insurance Excess Clause Endorsement

This endorsement has been added to your renewal policy and modifies your coverage. If you subcontract a portion of your work and you have been added as an additional insured to another entity's policy, this policy will respond on an excess basis.

For all other situations we will continue to respond as defined in the Commercial General Liability Coverage Form, Section IV. Commercial General Liability Conditions paragraph 4. Other Insurance.

X216

Dear Policyholder,

Thank you for allowing American States Insurance to fulfill your insurance needs. If you have any questions regarding your policy, please contact your independent insurance agent.

## AFFIDAVIT

State of Indiana

County of Marion

NAME OF INSURED:  HAN INDUSTRIES, INC.

POLICY NUMBER:  01-CE-103213-5

POLICY DATES:   09-19-00 TO 09-19-01

Deborah Campbell being duly sworn on oath says she is an archivist of

American States Insurance Company and that she has compared

the attached copies of the insurance policy number listed above and

endorsements with the original records of the policy of insurance and

endorsements contained in the Company's files and that the same is a

true and exact recital of all the provisions in the said original policy

and endorsements attached thereto.

*Deborah Campbell*

Subscribed and sworn to before me

on October 17, 2005.

*Linda J L Winebarger*

Notary Public

LINDA J. WINEBARGER, NOTARY PUBLIC
MARION COUNTY, STATE OF INDIANA
MY COMMISSION EXPIRES: 1/10/2009

**POLICY NUMBER:**   01-CE-103213-5

500 N. Meridian
P.O. Box 1636
Indianapolis, IN 46206-1636

HAN INDUSTRIES, INC.
5611 WINSTON PARK BLVD N APT
203
COCONUT CREEK, FL 33073



MAILCOV1
ATLANTA                     SA (NINCLA) CB INSURED COPY          PREPARED 07-O4-O1          (EILSHE)

AFP-META2-04-PRINT001-0226-0001-P

AMERICAN STATES INSURANCE COMPANY
INDIANAPOLIS, INDIANA

070-2350-460-01-1

0000000005

I
N
S   HAN INDUSTRIES, INC.
U   5611 WINSTON PARK BLVD N APT
R   203
E   COCONUT CREEK, FL 33073
D

A   **POLICY NUMBER** 01-CE-103213-50
G   USI FLORIDA
E   8100 SW 10TH ST  STE 2000
N   PLANTATION, FL 33324
T

09-42740        (954) 474-9700

---

## NOTICE OF CANCELLATION

The policy will be cancelled and all liability cease on   07-21-01   at the hour on which this policy became effective.  No further notice will be sent.

The company will terminate this policy on the date above for the following reason(s):

DUE TO NONPAYMENT OF PREMIUM, YOUR INSURANCE HAS BEEN CANCELLED.

This Cancellation notice supersedes any prior notice you may have received regarding the termination of coverage under this policy.

RETURN PREMIUM SUBJECT TO AUDIT.



65 (04-84)   ATLANTA          SA (NINCLA) INSURED COPY          (EILSHE) PREPARED 07-04-01

AFP-META2-04-PRINT001-0226-0003-P

AMERICAN STATES INSURANCE COMPANY
INDIANAPOLIS, INDIANA

070-2350-460-01-1

0000000009

I
N
S
U
R
E
D

HAN INDUSTRIES, INC.
5611 WINSTON PARK BLVD N APT
203
COCONUT CREEK, FL 33073

A
G
E
N
T

**POLICY NUMBER** 01-CE-103213-50

USI FLORIDA
8100 SW 10TH ST  STE 2000
PLANTATION, FL 33324

09-42740          (954) 474-9700

| **NOTICE OF NONRENEWAL** |
|---|

The  policy  will  expire  and  all  liability  cease  on    09-19-01    at  the  hour  on  which  this
policy became effective.  No further notice will be sent.

The company will terminate this policy on the date above for the following reason(s):

DON'T MEET UNDERWRITING GUIDELINES.



165 (04-84)    ATLANTA          SA (NINCLA) INSURED COPY          (EILSHE) PREPARED 06-14-01
AFP-META2-14-PRINT001-0754-0003-W

AMERICAN STATES INSURANCE COMPANY
INDIANAPOLIS, INDIANA
PAGE 01
ACT

```
******************************************
*                                        *
*          POLICY CHANGE                  *
*       EFFECTIVE: 09-19-00               *       POLICY NUMBER:  01-CE-103213-5
******************************************
```

NAMED     HAN INDUSTRIES, INC.                AGENT:   USI FLORIDA
INSURED   5611 WINSTON PARK BLVD N APT                 2 SO UNIVERSITY DR. #220
MAILING   203                                          PLANTATION, FL 33324
ADDRESS:  COCONUT CREEK, FL 33073                      09-42740      (319)
                                                       (954) 474-9700

POLICY PERIOD:     FROM 09-19-00 TO 09-19-01

```
**************************************************************************
*                                                                        *
*   THE CHANGE IN YOUR POLICY RESULTS IN NO CHANGE IN PREMIUM.            *
*                                                                        *
*   ADDING ADDL' INSURED: CENTURY HOMEBUILDERS                           *
*                                                                        *
**************************************************************************
```





9-CM(01-86) ATLANTA          (DEBMO )  INSURED COPY          PREPARED 12-05-00

AFP-META2-05-PRINT001-1219-0003-H

EFFECTIVE 09/10/00

NAMED INSURED:  HAN INDUSTRIES, INC.          POLICY NUMBER: 01-CE-103213-5

```
*******************
*GENERAL LIABILITY*
*******************
```

THE FOLLOWING FORMS HAVE BEEN ADDED OR CHANGED
----------------------------------------------------
CG2010(0397)






9-CM(01-86) ATLANTA          (DEBMO )          PREPARED 12-05-00

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

 **S A F E C O**®

### ADDITIONAL INSURED - OWNERS, LESSEES OR CONTRACTORS - SCHEDULED PERSON OR ORGANIZATION

CG 20 10 03 97

COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

**Name of Person or Organization:**

```
CENTEX HOMES, A NEVEDA PARTNERSHIP
CENTEX REAL ESTATE CORP. AND
CENTEX HOMES SE DIVISION
8198 JOG ROAD, SUITE 200
BOYNTON BEACH, FL 33437
CENTURY HOMEBUILDERS
7270 N.W.12TH ST, SUITE 410
MIAMI FL 33126
```



(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

WHO IS AN INSURED (Section II) is amended to include as an insured the person or organization shown in the Schedule, but only with respect to liability arising out of your ongoing operations performed for that insured.

Copyright, Insurance Services Office, Inc., 1996

Page 1 of 1

AFP-META2-05-PRINT001-1219-0007-H

6-3695
(11-98)

# If You Have a Claim

SAFECO/American States has an unparalleled history of being there when our customers need us the most. Our new claims service, *Express Reporting*, ensures your claim will be handled quickly. We'll do everything we can to get you and your business back on track as quickly as possible.

Our *Express Reporting* claim number for all claims except Workers Compensation is:

## 1-888-557-5010

**Workers Compensation Policyholders --**
If you have an injured employee, please call the following number *immediately.*

## 1-888-274-0808

We'll take care of the First Report of Injury and do everything we can to get your employee back to work as quickly as possible.

*Please note: Some states assess fines and/or penalties for failure to report employee injuries in a timely manner.*

### American States Insurance
A SAFECO Company

AFP-META2-29-PRINT001-1188-0003-M

**SAFECO**   HOW TO SAVE MONEY AT AUDIT TIME   6-4578 (2-00)

**When, and why is an audit necessary?**  An audit is necessary after the expiration of a policy which has a variable premium base, such as payroll or sales. It is necessary to determine the correct exposure or premium base for the insurance coverage provided.

The original premium on this policy was an estimated premium. The final audit determines the actual premium. When actual exposures differ from estimated exposures, an adjustment must be made to the premium of the expired policy.

**How should your records be kept?**  Proper record keeping will permit the auditor to apply any allowable credits to your final premium. When the auditor requests payroll information, this means remuneration. Remuneration means money or any substitute for money.

To obtain proper credits, your books should reflect the following:

Overtime: In most states the amount paid in excess of straight-time pay can be deducted if the excess can be verified in your records. You must show overtime pay separately by employee and in summary by classification of work. If this is done, the auditor will be able to make deductions from your payrolls.

**Without the proper breakdown, no overtime deduction can be made.**

Division of Payroll: Generally, a division of an individual employee's payroll to more than one classification is not allowed, except for construction or erection workers.  In these cases, the payroll may be allocated to each type of work performed if proper records are kept. Your records must show the number of hours and amount of payroll for each type of work. Without an adequate breakdown, the full payroll must be charged to the highest-rated classification.

If you are a contractor and your exposure is based on the number of employees (Ultra Contractors Policy), it will be necessary for the auditor to determine the actual number of days that each employee worked during the policy term. This is required to assure that your policy premium will adequately reflect the actual exposures.

Subcontractors:

All subcontractors that you use must provide you with current certificates of insurance proving they have General Liability insurance as well as Workers' Compensation insurance for the time that work is performed. If American States Business Insurance is providing your general liability coverage, the limit of liability required by each of your subcontractors is a minimum of $100,000 of coverage or at least 50 percent of your liability insurance policy limits - whichever is less.

**If the certificates of insurance are not available for review, the subcontractor amounts must be treated as payroll and appropriate premium charges will be made.**

Sales Records: If your policy is based upon gross sales, the records need to be separated by location in order for us to be able to rate your policy properly. There are some allowable deductions from the total sales. These include:

Sales and excise taxes collected and submitted to a government division.

Credits for repossessed and returned products, including allowances for spoiled and damaged goods.

Royalty income from patent rights or copyrights which are not product sales.

Freight charges on sales, if freight is charged as a separate item on the customer's invoice.

**Note: If an audit is needed, the above information represents the general rules that are in effect in most jurisdictions. There are exceptions to these rules that may apply in your state. We suggest that you discuss your particular situation with you agent.**

 **S A F E C O**®

## Advisory Notice to Policyholders

Your commercial policies have been updated to provide the greatest possible protection at an affordable price. The most significant changes are highlighted below. Some language has also been clarified without a change in coverage. Not every form, coverage or endorsement discussed here may be applicable to your particular policy. For a complete understanding of the changes, please read your policy carefully. If you have any questions, your independent agent will be happy to assist you. *No coverage is provided by this summary, nor does it replace any provision of your policy. If your policy and this summary conflict, the policy prevails.*

Thank you for entrusting us with your insurance needs. We appreciate having you as a customer!

## Your Commercial General Liability Coverage

6-4010 (5-98)

**THE LIABILITY PLUS ENDORSEMENT CG 7635** IS NOW ATTACHED TO ALL GENERAL LIABILITY POLICIES. THIS FORM HAS BEEN REVISED TO PROVIDE OVERALL ENHANCEMENTS TO YOUR GENERAL LIABILITY COVERAGE. PLEASE REVIEW THE FOLLOWING PARAGRAPHS CAREFULLY.

NEW COVERAGES

**Additional Insureds:** Provides automatic additional insured status in many situations, when required by written contract.
**Non-Owned Watercraft:** Includes coverage for non-owned watercraft less than 52 feet long, if not being used to carry people or property for a charge.
**Tenants' Property Damage Liability:** Provides coverage for all "property damage," rather than for just damage caused by fire, to premises rented or leased to the insured.  The limit of coverage is $200,000.
**Who is an Insured - Managers:** Covers claims brought by injured employees against executive officers or managers.
**Employees as Insured - Health Care Services:** Provides incidental medical malpractice coverage.
**Extended Property Damage:** Extends coverage for "property damage," which results from the use of reasonable force to protect persons or property.
**Knowledge of Occurrence:** Notice is due to us only after the claim or suit becomes known to an officer of the named insured.
**Unintentional Failure to Disclose Hazards:** Coverage will not become void due to your unintentional failure to disclose information.
**Liberalization Clause:** If there are revisions to this policy form that would provide extra coverage for no additional premium, these changes will automatically apply to your policy.

CHANGE IN TERMS

6-4045 (5-98)

The Exclusion - Asbestos CG8613 will now be attached to all general liability policies. Please review this form carefully.

CHANGE IN TERMS

6-4070 (5-98)

The Employment-Related Practices Exclusion CG2147 will now be attached to all general liability policies. Please review this form carefully.

*Providing You Peace of Mind*

# A SAFECO INSURANCE POLICY

# American States Business Insurance

Presented by SAFECO

HAN INDUSTRIES, INC.
5611 WINSTON PARK BLVD N APT
203
COCONUT CREEK, FL 33073

*Your Independent*
*SAFECO Agent:*

USI FLORIDA
2 SO UNIVERSITY DR, #220
PLANTATION, FL 33324

(954) 474-9700



SAFECO Insurance Company of America
SAFECO Plaza, Seattle, WA 98185-0001

AFP-META2-29-PRINT001-1188-0009-M

INDIANAPOLIS, INDIANA
**COMMERCIAL INSURANCE POLICY**

| | |
|---|---|
| NAMED<br>INSURED<br>AND<br>MAILING<br>ADDRESS | HAN INDUSTRIES, INC.<br>5611 WINSTON PARK BLVD N APT<br>203<br>COCONUT CREEK, FL 33073 |

```
                                    ┌─────────────────────────────┐
                                    │    RENEWAL DECLARATIONS      │
                                    └─────────────────────────────┘
```

**POLICY NUMBER**  01-CE-103213-5

RENEWAL OF       01-CE-103213-4      09-91

POLICY PERIOD  FROM **09-19-00** TO **09-19-01** 12:01 AM
STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

| | |
|---|---|
| AGENT<br>NAME<br>AND<br>ADDRESS | USI FLORIDA<br>2 SO UNIVERSITY DR, #220<br>PLANTATION, FL 33324 |

09-42740          (954) 474-9700

THE TOTAL ESTIMATED PREMIUM FOR THE POLICY TERM IS          $11,543.00.
YOU WILL BE BILLED THROUGH YOUR CUSTOMER ACCOUNT #070-2350-460-01.
THIS POLICY IS SUBJECT TO A FINAL AUDIT.

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU
TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

COMMERCIAL LIABILITY COVERAGE PART  . . . . . . . . . . . . . . $     11,543.00
                                                              ─────────────
                                                                    11,543.00

THORIZED

_____08-29-00_____   BY  _____MICHAEL C KARP_____
        (DATE)                        (AUTHORIZED REPRESENTATIVE)

C(0887)

| | | | | |
|---|---|---|---|---|
| | | COMPANY USE ONLY | | |
| TLANTA | SA (DEBMO) | CB | INSURED COPY | PREPARED 08-29-00 (EILSH) |

AFP-META2-29-PRINT001-1188-0011-M

COMMERCIAL LIABILITY COVERAGE PART    DECLARATIONS                    PAGE CG   1

NAMED INSURED:  HAN INDUSTRIES, INC.              POLICY NUMBER:  01-CE-103213-5

FORM OF BUSINESS:  ORGANIZATION OTHER THAN A PARTNERSHIP OR JOINT VENTURE

---

## L I M I T S   O F   I N S U R A N C E

COMMERCIAL GENERAL LIABILITY
    GENERAL AGGREGATE LIMIT (OTHER THAN PRODUCTS-COMPLETED OPERATIONS)   $2,000,000
    PRODUCTS-COMPLETED OPERATIONS AGGREGATE LIMIT                        $2,000,000
    PERSONAL AND ADVERTISING INJURY LIMIT                                $1,000,000
    EACH OCCURRENCE LIMIT                                                $1,000,000
    DAMAGE TO PREMISES RENTED TO YOU (ANY ONE PREMISE)                   $  200,000
    MEDICAL EXPENSE LIMIT (ANY ONE PERSON)                              $   10,000

---

LOCATION OF ALL PREMISES YOU OWN, RENT, OR OCCUPY:

1. 5611 WINSTON PARK BLVD N APT
   203
   COCONUT CREEK,FL 33073

---

| CODE | CLASSIFICATION-PREMIUM BASIS | EXPOSURE | RATE | PREMIUM |
|------|------------------------------|----------|------|---------|
| | COMMERCIAL GENERAL LIABILITY OTHER THAN PRODUCTS-COMPLETED OPERATIONS | | | |
| 98449 | ** LOCATION # 1 ** PLASTERING OR STUCCO WORK PAYROLL (PER $1000) | 349,946 | 18.3280 | $ 6,414.00 |
| 91583 | CONTRACTORS - SUBCONTRACTED WORK - IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION - ONE OR TWO FAMILY DWELLINGS. TOTAL COST (PER $1000) | 251,159 | .5330 | 134.00 |
| | COMMERCIAL GENERAL LIABILITY PRODUCTS-COMPLETED OPERATIONS | | | |
| 98449 | ** LOCATION # NA ** PLASTERING OR STUCCO WORK PAYROLL (PER $1000) | 349,946 | 12.0600 | 4,220.00 |
| 91583 | CONTRACTORS - SUBCONTRACTED WORK - IN CONNECTION WITH BUILDING CONSTRUCTION, RECONSTRUCTION, REPAIR OR ERECTION - ONE OR TWO FAMILY DWELLINGS. TOTAL COST (PER $1000) | 251,159 | 3.0840 | 775.00 |
| | COMMERCIAL LIABILITY TOTAL | | | $ 11,543.00 |

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:

    CG2033(0397)   -  ADDL INSD - AUTO.STATUS WHEN REQUIRED
    CG2010(0397)   -  ADDL INSD OWNERS LESSEES O
    IL0017(1198)   -  COMMON POLICY CONDITIONS
    IL0021(1194)   -  NUCLEAR ENERGY LIABILITY ENDTS
    CG0057(0999)   -  AMENDMENT OF INS. AGREE.-INJ. OR DAMAGE

9-CC(CG) (1298) ATLANTA              (DEBMO)        PREPARED   08-29-00 CMD40 SEQ.0001

COMMERCIAL LIABILITY COVERAGE PART   DECLARATIONS                    PAGE CG  -LAST

NAMED INSURED:  HAN INDUSTRIES, INC.               POLICY NUMBER:  01-CE-103213-5

THE FOLLOWING FORMS CURRENTLY APPLY TO THIS COVERAGE PART:  (CONTINUED)

```
CG0001(0196)  -  COMMERCIAL GENERAL LIABILITY COVERAGE
CG7635(0398)  -  LIABILITY PLUS ENDORSEMENT
CG0220(0398)  -  FLORIDA CHANGES-CANC AND NONREN
6-1886(0300)  -  FL SPEC NOTICE TO POLICYHO
9-5559(0999)  -  UMBRELLA STUFFER - ATLANTA
IL7201(0392)  -  COMPANY COMMON POL CONDITIONS
CG8613(0598)  -  ASBESTOS EXCLUSION
CG2147(1093)  -  EMPLOYMENT RELATED PRACTICES
6-4578(0200)  -  HOW TO SAVE MONEY AT AUDIT
6-3383(0396)  -  OTHER INSURANCE EXCESS CLAUSE
```

THE FOLLOWING FORMS NO LONGER APPLY TO THIS COVERAGE PART:



9-CC(CG)(1298)ATLANTA           (DEBMO)          PREPARED  08-29-00 CMD40 SEQ.0001

AFP-META2-29-PRINT001-1188-0015-M

THIS IS A NOTICE ONLY. THE FULL EXACT CONTRACT IS CONTAINED ONLY IN THE POLICY.

 **SAFECO®**  **POLICYHOLDER NOTICE**  6-1690
(1-94)

RE: Adequately Insured Subcontractors

If you are a contractor and rely on subcontractors to perform all or part of your work, please read this important notice carefully. It could significantly reduce the cost of your liability insurance.

When your liability premium is based on payroll, subcontracted work will also generate a charge. If your subcontractors carry "adequate" insurance, the rate per $1,000 cost of such work is lower than the rate for inadequately insured subcontractors. If your subcontractors are inadequately insured, or uninsured, we must classify and rate their work as if performed by your own employees. The resultant premiums may be substantially higher.

We will consider any subcontractor you hire to be "adequately insured" if that subcontractor carries a limit of liability which is equal to yours or $100,000, whichever is lower.

At the time of premium audit, a company representative will request evidence from you that subcontractors performing work on your behalf are adequately insured. This "evidence" is usually in the form of certificates of insurance.

You should require that your subcontractors provide you with a certificate of insurance as evidence of liability insurance. They may obtain these from their insurance agent.

You should monitor these certificates of insurance carefully.

1.   Certificates of insurance should be in file for all subcontractors working for you.
2.   Verify that each subcontractor's insurance is "adequate."
3.   Certificates of insurance should be renewed before they expire.
4.   Certificates should be retained for at least two years.

If you have any questions about your policy or this notice, contact your agent.



AFP-META2-29-PRINT001-1188-0017-M

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**SAFECO**®  **AMENDMENT OF INSURING AGREEMENT -**  CG 00 57 09 99
**KNOWN INJURY OR DAMAGE**  COMMERCIAL GENERAL LIABILITY

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART (OCCURRENCE VERSION)

Paragraph **1. Insuring Agreement** of **Section I Coverage A - Bodily Injury And Property Damage liability** replaced by the following:

**1.  Insuring Agreement**

a.  We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

(1)  The amount we will pay for damages is limited as described in **Section III - Limits Of Insurance**; and

(2)  Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C**.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverage **A** and **B**.

b.  This insurance applies to "bodily injury" and "property damage" only if:

(1)  The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

(2)  The "bodily injury" or "property damage" occurs during the policy period; and

(3)  Prior to the policy period, no insured listed under Paragraph **1.** of **Section II - Who Is An Insured** and no "employee" authorized by you to give or receive notice of an

"occurrence" or claim, knew that the "bodily injury" or "property damage" had occurred, in whole or in part. If such a listed insured or authorized "employee" knew, prior to the policy period, that the "bodily injury" or "property damage" occurred, then any continuation, change or resumption of such "bodily injury" or "property damage" during or after the policy period will be deemed to have been known prior to the policy period.

c.  "Bodily injury" or "property damage" which occurs during the policy period and was not, prior to the policy period, known to have occurred by any insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim, includes any continuation, change or resumption of that "bodily injury" or "property damage" after the end of the policy period.

d.  "Bodily injury" or "property damage" will be deemed to have been known to have occurred at the earliest time when any insured listed under Paragraph **1.** of **Section II - Who Is An Insured** or any "employee" authorized by you to give or receive notice of an "occurrence" or claim:

(1)  Reports all, or any part, of the "bodily injury" or "property damage" to us or any other insurer;

(2)  Receives a written or verbal demand or claim for damages because of the "bodily injury" or "property damage"; or

(3)  Becomes aware by any other means that "bodily injury" or "property damage" has occurred or has begun to occur.

e.  Damages because of "bodily injury" include damages claimed by any person or organization for care, loss of services or death resulting at any time from the "bodily injury".

Copyright, Insurance Services Office, Inc., 1998  Page 1 of 1